UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT<br>OF LABOR,<br><br>        Plaintiff,<br><br>v.<br><br>ANGELS FOR KIDS ON CALL, INC.,<br>ELIZABETH VALENCIA, an individual,<br>YENCY MARULANDA, an individual,<br>and JOSE CORA, an individual,<br><br>        Defendants. | FILE NO.<br><br>6:21-cv-738-CEM-LRH |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action *is not* related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this 28th day of May, 2021.

|  |  |
|---|---|
| ADDRESS: | Respectfully submitted, |
|  | ELENA S. GOLDSTEIN<br>Acting Solicitor |
| Office of the Solicitor<br>U. S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA  30303 | TREMELLE I. HOWARD<br>Regional Solicitor<br><br>CHARNA C. HOLLINGSWORTH-MALONE<br>Civil Rights Counsel |
| Telephone:<br> (404) 302-5467<br> (404) 302-5438 (FAX)<br>Murray.Winfield.W@dol.gov<br>Miller.daniel.p@dol.gov<br>ATL.FEDCOURT@dol.gov | By: */s/ Winfield W. Murray*<br>    WINFIELD W. MURRAY<br>    Trial Attorney<br>    Special Bar No. A5502618 |
|  | Office of the Solicitor<br>U. S. Department of Labor<br>Attorneys for Plaintiff |

SOL Case No. 20-00284